James L. Arrasmith, Esq., SBN 332498
The Law Offices of James L. Arrasmith
5150 Sunrise Boulevard, Suite G-1
Fair Oaks, CA 95628
Telephone: (916) 704-3009
E-mail: wolves@jlegal.org
Attorney for *Plaintiff, Romona Janine Wafer*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROMONA JANINE WAFER,<br><br>  Plaintiff,<br><br>  v.<br><br>LAKESIDE VILLAGE APARTMENTS, et al.,<br><br>  Defendants. | Case No. 2:25-cv-03355-CKD<br><br>**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL OF RECORD** |

The Court, having considered the Motion to Withdraw as Counsel of Record filed by Law Offices of James L. Arrasmith on behalf of Plaintiff Romona Janine Wafer (ECF No. 26), and good cause appearing therefor, hereby ORDERS as follows:

///

///

///

THE LAW OFFICES OF JAMES L. ARRASMITH
A PROFESSIONAL LAW CORPORATION
5150 Sunrise Boulevard, Suite G-1 Fair Oaks, CA 95628
TELEPHONE: (916) 704-3009 | EMAIL: james@jlegal.org

THE LAW OFFICES OF JAMES L. ARRASMITH
A PROFESSIONAL LAW CORPORATION
5150 Sunrise Boulevard, Suite G-1 Fair Oaks, CA 95628
TELEPHONE: (916) 704-3009 | EMAIL: james@jlegal.org

1.   Plaintiff's counsel's Motion to Withdraw as Counsel of Record (ECF No. 26) is GRANTED.

2.   James L. Arrasmith (California State Bar No. 332498), and The Law Offices of James L. Arrasmith, are hereby RELIEVED as counsel of record for Plaintiff Romona Janine Wafer, effective upon service of this Order on Plaintiff.

3.   The Clerk of Court is directed to update the docket to reflect that Plaintiff Romona Janine Wafer is proceeding pro se. Plaintiff's last known address for all Court correspondence is:

   Romona Janine Wafer
   1701 Ellis Lake Drive, Unit 60
   Marysville, California 95901
   Email: janine_wafer@yahoo.com

4. Plaintiff is advised that this action was dismissed on April 30, 2026, pursuant to the Court's Order Granting Defendants' Motion to Dismiss for Lack of Subject Matter Jurisdiction, and that judgment was entered the same date. The case is closed.

5.   The Law Offices of James L. Arrasmith shall serve a copy of this Order on Plaintiff Romona Janine Wafer by First-Class U.S. Mail and email within five (5) days of the date of this Order and shall file proof of such service with the Court.

**IT IS SO ORDERED.**

Dated:  May 20, 2026

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE